UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEORGE PETRE,

    Plaintiff,

vs.

C.R. WALLAUERS & CO., INC., DUNWEST REALTY, LLC, DUNWEST ASSOCIATES LLC, ROBERT DUNCAN, JR., JOHN DOES 1-10 and JANE DOES 1-10

    Defendants.

Civil Action No.: 17-cv-05655

**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, by their undersigned counsel of record, that the above-captioned action is voluntarily dismissed, without prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: Mineola, New York
October 2, 2017

BISCEGLIE & ASSOCIATES, P.C.

By: Angelo R. Bisceglie, Jr., Esq.
*Attorney for Plaintiff*
1527 Franklin Avenue, Suite 301
Mineola, New York 11501
(516) 414-2900

JACKSON LEWIS, P.C.

By: Anthony J. DiOrio
*Attorney for Defendants*
44 South Broadway, 14th Floor
White Plains, New York 10601
(914) 872-6872

SO ORDERED.

_____  October 4. 2017
CATHY SEIBEL, U.S.D.J.

The Clerk shall close the case.